UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN QUINONES,<br>    Plaintiff,<br>  v.<br><br>LEHIGH VALLEY HEALTH NETWORK, INC.,<br>    Defendant. | No. 5:14-cv-2410 |

**O R D E R**

**AND NOW**, this 22nd day of September, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:** Defendant's Motion to Dismiss, ECF No. 24, is **GRANTED in part** and **DENIED in part**:

 1. Defendant's motion to dismiss the FMLA claim, Count II, is **DENIED as moot**;

 2. Defendant's motion to dismiss all discrete acts of alleged discrimination under the PHRA in Count III occurring prior to November 15, 2012, is **GRANTED**;

 3. Plaintiff's request for punitive damages and emotional distress damages under Count II is **STRICKEN**; and

 4. Plaintiff's request for punitive damages in Count III is **STRICKEN**.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge